**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**MICHAEL J. SHERIDAN.,**

      **Plaintiff,**

**v.**                                   **Case No.  3:23-cv-24771-TKW-HTC**

**STATE OF IDAHO,**

      **Defendant.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 4).  No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed for lack of jurisdiction.  Accordingly, it is **ORDERED** that:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.     This case is **DISMISSED** for lack of jurisdiction.

3.     The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 26th day of January, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**